# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**RON H. GANYON,**

    **Plaintiff,**

                                                Civil Action 2:12-cv-420
   v.                                         Judge Algenon L. Marbley
                                                Magistrate Judge Elizabeth P. Deavers

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 12, 2012 Order, the Court GRANTED Plaintiff's Motion to Remand and Hold Briefs in Abeyance and Defendant's Response. This action is hereby REMANDED to the Commissioner and the ALJ under Sentence Four of §405(g) for further proceedings. Judgement is entered in favor of the Plaintiff.

Date: September 12, 2012                          **John Hehman, Clerk**

                                                              s/Betty L. Clark
                                                          Betty L. Clark/Deputy Clerk